IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA L. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 11-455 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

On October 27, 2011, this case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On January 31, 2012, the magistrate judge issued a Report (Doc. 16) recommending that Plaintiff's Motion for Summary Judgment (Doc. 10) be denied, and that Defendant's Motion for Summary Judgment (Doc. 12) be granted. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, IT IS HEREBY ORDERED that: Plaintiff's Motion for Summary Judgment (**Doc. 10**) is **DENIED**, and Defendant's Motion for Summary Judgment (**Doc. 12**) is **GRANTED**.

The Report and Recommendation of Magistrate Judge Cynthia Reed Eddy dated January 31, 2012 is hereby adopted as the Opinion of the District Court.

February 17, 2012                              s\Cathy Bissoon
                                                                Cathy Bissoon
                                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record